TERIA GEORGE, PETITIONER-RESPONDENT, v. EDWARD M. WALDRON, INCORPORATED, RESPONDENT-APPELLANT.

Submitted February 17, 1933—Decided May 15, 1933.

For the appellant, *McDermott, Enright & Carpenter* (*Carl S. Kuebler,* of counsel).

For the respondent, *David Roskin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, CASE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.